**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1780**

DARLENE DENISE DAVIS,

    Debtor - Appellant,

  v.

FORTUNE INVESTMENT ENTERPRISES,

    Creditor - Appellee.

**No. 20-1781**

DARLENE DENISE DAVIS,

    Debtor - Appellant,

  v.

UNKNOWN,

    Creditor - Appellee.

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:20-cv-00078-MHL; 3:20-cv-00079-MHL)

Submitted:  December 22, 2020       Decided:  December 28, 2020

Before NIEMEYER, FLOYD, and RICHARDSON, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Darlene Denise Davis, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Darlene Denise Davis appeals from the district court's orders: (1) dismissing her appeals from the bankruptcy court's orders declining to extend the automatic stay and lifting the automatic stay in her bankruptcy action, and (2) denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Davis v. Fortune Inv. Enter.*, Nos. 3:20-cv-00078-MHL (E.D. Va. Apr. 27, 2020 & June 8, 2020); *Davis v. Unknown*, 3:20-cv-00079-MHL (E.D. Va. Apr. 27, 2020 & June 8, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
